# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2019

SEAN F. McAVOY, CLERK

JASON RAYMOND S.

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY

*Defendant*

Civil Action No. 4:18-CV-5078-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 12, is DENIED; Defendant's Motion for Summary Judgment, ECF No. 13, is GRANTED; and Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for Summary Judgment.

Date: 3/25/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore